UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :     WAIVER OF INDICTMENT
                                 :
EDWIN HENRIQUEZ,                 :     S3 11 Cr. 755 (JFK)
                                 :
        Defendant.               :
- - - - - - - - - - - - - - - - x

   EDWIN HENRIQUEZ,, the defendant, who is accused of violating Title 18, United States Code, Sections 1951, 1201 and 924, as well as Title 21, United States Code, Sections 841, 812 and 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

            _____
            Defendant

            _____
            Witness

            _____
            Counsel for Defendant

Date:   New York, New York
        October 15, 2012

