UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA        :        # 11 CR 755 (JFK)

       -v-        :

Edwin Henriquez        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    Please be advised that the ~~conference~~/sentence scheduled for January 9, 2013 has been rescheduled to April 9, 2013 at 11:00 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

1-8-13

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-13