UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA

\# 11 CR 755 (JFK)

-v-

Edwin Henriquez
-----------------------------------X

Please be advised that the ~~conference~~ (sentence) scheduled for October 9, 2013 has been rescheduled to April 9, 2014 at 11:00 a.m.

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
10-2-13

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-13